

| | | | |
|---|---|---|---|
| In re Adoption of J.L–A.S. ............ | 2346 EDA 2016<br>Affirmed | 01/04/2017 | 2016–A0031<br>(Montgomery) |
| Com. v. Negron [2] .................... | 1165 MDA 2015<br>Reversed | 01/04/2017 | CP–06–CR–0003826–2014<br>(Berks) |
| Com. v. Leonard .................... | 2102 MDA 2015<br>Vacated and<br>Remanded | 01/04/2017 | CP–22–CR–0002286–2013<br>CP–22–CR–0004461–2011<br>CP–22–CR–0004605–2014<br>CP–22–CR–0004843–2011<br>(Dauphin) |
| Com. v. Chambers ................... | 259 MDA 2016<br>Affirmed | 01/04/2017 | CP–40–CR–0000910–1997<br>(Luzerne) |
| MVR, LLC v. Oguejiofor [3] ............. | 430 MDA 2016<br>Appeal<br>dismissed | 01/04/2017 | 2014–2075<br>(Cumberland) |
| Com. v. Heinbach ................... | 1145 MDA 2016<br>Vacated and<br>Remanded | 01/04/2017 | CP–66–CR–0000479–2013<br>(Wyoming) |
| Akator Construction v. Lagom, LLC .... | 1548 WDA 2015<br>Vacated and<br>Remanded | 01/04/2017 | No. GD–15–012694<br>(Allegheny) |
| In the Matter of S.L.W.; Appeal of C.W. | 1082 WDA 2016<br>Remanded<br>Jurisdiction<br>Retained | 01/04/2017 | No. 63 in Adoption<br>2014<br>(Erie) |
| Com. v. Succi ....................... | 480 EDA 2015<br>Remanded<br>Jurisdiction<br>Retained | 01/05/2017 | CP–09–CR–0002732–2014<br>(Bucks) |
| Burgos v. Morgan, Lewis & Bockius,<br>LLP [4] ........................... | 735 EDA 2015<br>Affirmed | 01/05/2017 | Consolidated with No.<br>110600726<br>December Term, 2012,<br>No. 02978<br>(Philadelphia) |
| Gorski v. Colton ..................... | 2732 EDA 2015<br>Affirmed | 01/05/2017 | No. 10–6656<br>(Delaware) |
| Namani v. Bezark, Lerner & DeVirgilis,<br>P.C. .............................. | 3453 EDA 2015<br>Affirmed | 01/05/2017 | November Term, 2013,<br>No. 2456<br>(Philadelphia) |
| Com. v. Disapproval of Private Crim.<br>Comp. ........................... | 3526 EDA 2015<br>Affirmed | 01/05/2017 | CP–09–MD–0001522–2015<br>(Bucks) |

2. Petition for reargument denied March 16, 2017.
3. Petition for reargument denied February 10, 2017.
4. Petition for reargument denied March 9, 2017.